## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JAMES MICHEAL PAYNE**                                                        **PLAINTIFF**

**V.**                              **1:06CV00064 WRW-BD**

**HARRY RHODES,** *et al.*                                                        **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby GRANTS the motion to dismiss of Defendants Rhodes, Barnett and Hill (#21); GRANTS the motion to dismiss of Defendant Williams (#29); and DISMISSES Plaintiff's Complaint (#2) with prejudice as to Defendants Rhodes, Barnett, and Hill and without prejudice as to Defendant Williams.

IT IS SO ORDERED this 22nd day of October, 2007.

/s /Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE