**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JAMES MICHEAL PAYNE**                                                        **PLAINTIFF**

**V.**                         **1:06CV00064 WRW-BD**

**HARRY RHODES,** *et al.*                                                 **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to Defendants Rhodes, Barnett and Hill, and WITHOUT PREJUDICE as to Defendant Williams pursuant to Federal Rule of Civil Procedure 41(b).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED 20th day of November, 2007.


                                                             /s/Wm. R. Wilson, Jr.
                                           UNITED STATES DISTRICT JUDGE